IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

In re: HAROLD VERNON BOYD AND PAMELA VIGIL BOYD

Bankruptcy Number: 10-33613

NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND NOTICE OF DEADLINE TO OBJECT AND TO SET OBJECTION FOR A HEARING

Objection Deadline: **June 30, 2011**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed with the United States Bankruptcy Court for the District of Utah a motion to dismiss your bankruptcy case for failure to comply with the terms of the court's confirmation order. The specifics are set forth in the motion included herewith.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to dismiss your Chapter 13 case, then you must take the following two (2) actions:

1. On or before **June 30, 2011** you or your lawyer must file with the Bankruptcy Court a written objection to the Trustee's motion to dismiss explaining why your bankruptcy case should not be dismissed. Your objection should be filed at:

    United States Bankruptcy Court
    350 South Main Street, Room 301
    Salt Lake City, UT 84101

    If you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it on or before **June 30, 2011**. You must also mail a copy to the Chapter 13 Trustee at:

    Office Chapter 13 Trustee
    405 South Main Street, Suite 600
    Salt Lake City, UT 84111

2. At the same time you file your objection, you must also contact the Bankruptcy Court to reserve a hearing date and time when your objection will be considered by the Bankruptcy Judge.

If you or your attorney do not take **both of these steps**, the Bankruptcy Court may decide that you do not oppose the Trustee's motion to dismiss and may enter an order granting that relief without further notice or hearing.

Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>HAROLD VERNON BOYD<br>PAMELA VIGIL BOYD<br><br>Debtors | CASE NO: 10-33613<br><br>Chapter 13<br><br>JUDGE JOEL T. MARKER |

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH ORDER CONFIRMING CHAPTER 13 PLAN

KEVIN R. ANDERSON, Standing Chapter 13 Trustee in this case, hereby moves the Court for an order dismissing this case based on the Debtors' failure to comply with the Confirmation Order. In support thereof the Trustee represents as follows:

1. Pursuant to the terms of the Order Confirming Debtor's Chapter 13 Plan, the Debtors are required to:

    a. File with the court and serve on the Trustee a declaration that all claims have been reviewed and that any appropriate objections have been filed and noticed for a hearing within 60 days following the expiration of the bar date for governmental units to file claims under Bankruptcy Rule 3002(c)(1).

2. The Debtors have failed to comply with the aforementioned terms of the Confirmation Order.

3. If you fail to file with the Bankruptcy Court a written objection to this motion by **June 30, 2011**, fail to reserve a hearing date and time with the Bankruptcy Court, or fail to serve a copy of your objection on the Chapter 13 Trustee, such failure may result in the administrative dismissal of this case without further notice or

hearing.

4.   Therefore, based on the reasons set forth above, the Trustee asks the Court to dismiss this case without prejudice.

DATED: June 06, 2011

          KRA /S/
          KEVIN R. ANDERSON
          CHAPTER 13 TRUSTEE

CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on June 06, 2011:

HAROLD VERNON BOYD & PAMELA VIGIL BOYD, 2210 POINTE MEADOW LOOP, LEHI, UT  84043

ROBERT S. PAYNE, ECF Notification

/s/ _____
Office of Chapter 13 Trustee