Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
Stephen B. Watkins, Bar Number 3400
HALLIDAY & WATKINS, P.C.
Attorneys for U.S. Bank, N.A.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
Email: bkdocs@halliday-watkins.com
File No:  33769

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| In re:<br><br>HAROLD VERNON BOYD AND PAMELA VIGIL BOYD<br><br>Debtors. | Bankruptcy Case No. 10-33613 JTM<br><br>Chapter 13<br><br>**ORDER TERMINATING AUTOMATIC STAY AS TO U.S. BANK, N.A.**<br>[Filed Electronically] |
|---|---|

Based upon the Motion for Relief, previously filed with the Court, and good cause appearing, the Court does hereby,

ORDER AS FOLLOWS:

That the automatic stay with respect to the following described real property:

    Lot 444, POINTE MEADOWS SUBDIVISION PHASE XXIV, a
    Planned Community, according to the Official Plat as recorded in

      the Office of the Utah County Recorder.
Together with a right and easement of use and enjoyment in and to the Common Areas and Common Roadways described and provided for in the Declaration of Covenants, Conditions and Restrictions for Pointe Meadows recorded March 10, 2003 as Entry No. 34926:2003 of official record of the Utah County Recorder;
Commonly known as 2212 N Pointe Meadow Loop, Lehi, UT 84043;

be and is hereby modified and terminated as of the date hereof to permit U.S. Bank, N.A. to pursue its rights and remedies against the said property under applicable law.

It is further ORDERED that Secured Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

It is further ORDERED that, the unpaid pre-petition default amounts shall be excluded from the Chapter 13 plan.

If this order is entered pre-confirmation, it shall not be amended or altered or superseded by the confirmation order entered in this case but shall be considered a part of and integrated into the confirmation order and the automatic stay shall not be reimposed by the entry of the confirmation order.

END OF ORDER

MAILING CERTIFICATE

I hereby certify that I mailed true and correct copies of the foregoing Order Terminating Automatic Stay by first class mail, postage prepaid, to each of the following:

| | |
|---|---|
| Harold Vernon Boyd and Pamela Vigil Boyd<br>2210 Pointe Meadow Loop<br>Lehi, UT 84043<br>Debtors | Robert S. Payne<br>Via ECF<br>Debtors' Attorney<br><br>Kevin R. Anderson<br>Via ECF<br>Chapter 13 Trustee<br><br>Benjamin J. Mann<br>HALLIDAY & WATKINS, P.C.<br>Via ECF |

Date:

_____
U.S. Bankruptcy Court Deputy Clerk